IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RONALD NASIR MAHDI,** : | |
| Petitioner, : | |
| v. : | Criminal Action No. |
| : | 5:03-cr-52 (HL) |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. : | |
| _____: | |

## ORDER

Before the Court is the Report and Recommendation entered on August 12, 2009, of United States Magistrate Judge G. Mallon Faircloth, in which the Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S. § 2255 be denied. Petitioner has filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Petitioner's objections and has made a de novo determination of the portion of the recommendation to which he objects. The Court finds no clear error in the Magistrate Judge's decision. Accordingly, the Court adopts the Report and Recommendation. Petitioner's Motion to Vacate, Set Aside, or Correct His Sentence (Doc. 70) is denied.

**SO ORDERED**, this the 19th day of April, 2010.

*s/ Hugh Lawson*
**Hugh Lawson, Senior Judge**

lmc