# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Ronald Nasir Mahdi                                    Case Number: 5:03-CR-00052-001

Name of Sentencing Judicial Officer: Tilman E. Self, III - United States District Judge

Date of Original Sentence: April 1, 2004

Original Offense: Ct. 1: Bank Robbery, in violation of 18 U.S.C. § 2113(a) and (d), *Class B Felony,* Max. Imprisonment 25 years/$250,000

Cts. 2-4: Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. § 924(c)(1)(A), *Class A Felony,* Mand. Min. 7 years consecutive/$250,000

Original Sentence: 550 months confinement followed by 5 years of supervised release

Type of Supervision: Term of Supervised Release          Date Supervision Commenced: January 1, 2013

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:

1. You shall reside for a period of up to 180 days at Dismas Charities and shall abide by the rules of that facility.

## CAUSE

On September 25, 2025, an Order on Motion for Reduction in Sentence Under 18 U.S.C. §3582(c)(1)(A) – Compassionate Release was granted. Mahdi's term of confinement was reduced to 312 months making him eligible for an immediate release.

On October 2, 2025, the defendant's Bureau of Prisons' (BOP) case manager advised that the defendant is scheduled to release as homeless after his Compassionate Release was granted, and that the defendant is requesting a "Public Law" placement. Mahdi signed the attached waiver of hearing to modify the conditions of supervision. He agreed to reside at Dismas Charities for a period of up to 180 days.

The U.S. Probation Office is of the opinion that Mahdi's request would provide him with housing and additional time to locate an acceptable release residence. It is noted that the modification requests a Public Law placement of "up to 180 days." At any point during the 180-day period, if Mahdi obtains an approved release residence, we will ask the Court to discharge him from Dismas Charities.

Respectfully submitted,

*Amanda G. Reed*

Amanda G. Reed
Re-Entry Specialist
Date: October 2, 2025

Approved by: *Todd D. Garrett*

Todd D. Garrett
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other: _____

*Tilman E. Self, III*
Tilman E. Self, III
U.S. District Judge

10/6/25
Date